IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNIE GILLUM, et. al. on behalf of themselves and all others similarly situated, | § § § | |
| Plaintiffs, | § § | Civil Action No.: |
| v. | § § | 4:11-cv-391 |
| ACUITY HOSPITAL OF HOUSTON, LP, MEDICAL CENTER SPECIALTY HOSPITAL, GP, LLC, ACUITY HEALTHCARE, LP, and ACUITY GENERAL PARTNER, LLC | § § § § § § | ECF |
| Defendants. | § | |

## AGREED ORDER

The Settling Parties (defined below), who are each represented by counsel, have reached a fair, equitable and reasonable resolution of the *bona fide* disputes between them concerning provisions of the Fair Labor Standards Act, including reasonable attorneys' fees. Thus, the Court hereby approves the Compromise Settlement Agreements and Releases between Defendants Acuity General Partner, LLC and Acuity Healthcare, LP, and Annie Gillum, Cynthia Johnson, Sonya Peters, Mary Aghassi, Alisa Williams, Lori Evans, Nancy Cryan, Mitzi Dollens, Marlene Hurd, Wanda Smallwood, Sharon Robinson, Carol Alvarez, Ashley Clark, Rudy Jaensch, Patsy McCain, Theresa Sanchez, April Miller, Brian Baird, Shelia Christoff, Laura Fleming, Barbara Runte-Stultz, Tracey Harding, Robert Dickomore, Nikki Greer, Amanda Lee Wood, Pamela King, Holley Branch, Gisele Kennedy, Monte Soto, Elle Malone, Sophea Sou, Laurie Reese, Vanessa Jackson, Reynaldo Torres, Brittany Johnson, Timothy Toguchi, Cathy Jarcey, Arsenio Deza, Renee' Askew, Terri Sanders, Zubaida Talpur, Sadani T. Rome, Tamara N. Marshall, Daniel Lopez, Ellen McArdle Chambers, Audra Love Varkey, Louis J. Smith, Jr., Mary Williamson, Katrina Willis, Bret Pellerin, Chandrika Sarang, Dolores Ashley, Yeni Emilia Benitez-Mata, Ruth G. Hayes,

Rosemary Schwalm, Cleaster F. Williams, Clarinett Davis, Paula Rachelle Browser, Henry Smith, Michael Allen Thomas, Yolanda M. Adams, Constance Rene Sims, Geneva Marie Guidry, Marisol M. Gonzalez, Sharonda Davis, Olusesam Babalola, Susan Ekwogee, Lashunda Shepard Jenkins, Zachary Malveaux, and Timothy Waugh (collectively, the "Settling Parties").

Furthermore, the Court hereby DISMISSES WITH PREJUDICE all claims alleged or that could have been alleged against Defendants Acuity General Partner, LLC, Acuity Healthcare, LP, and Medical Center Specialty Hospital, GP, LLC by Annie Gillum, Cynthia Johnson, Sonya Peters, Mary Aghassi, Alisa Williams, Lori Evans, Nancy Cryan, Mitzi Dollens, Marlene Hurd, Wanda Smallwood, Sharon Robinson, Carol Alvarez, Ashley Clark, Rudy Jaensch, Patsy McCain, Theresa Sanchez, April Miller, Brian Baird, Shelia Christoff, Laura Fleming, Barbara Runte-Stultz, Tracey Harding, Robert Dickomore, Nikki Greer, Amanda Lee Wood, Pamela King, Holley Branch, Gisele Kennedy, Monte Soto, Elle Malone, Sophea Sou, Laurie Reese, Vanessa Jackson, Reynaldo Torres, Brittany Johnson, Timothy Toguchi, Cathy Jarcey, Arsenio Deza, Renee' Askew, Terri Sanders, Zubaida Talpur, Sadani T. Rome, Tamara N. Marshall, Daniel Lopez, Ellen McArdle Chambers, Audra Love Varkey, Louis J. Smith, Jr., Mary Williamson, Katrina Willis, Bret Pellerin, Chandrika Sarang, Dolores Ashley, Yeni Emilia Benitez-Mata, Ruth G. Hayes, Rosemary Schwalm, Cleaster F. Williams, Clarinett Davis, Paula Rachelle Browser, Henry Smith, Michael Allen Thomas, Yolanda M. Adams, Constance Rene Sims, Geneva Marie Guidry, Marisol M. Gonzalez, Sharonda Davis, Olusesam Babalola, Susan Ekwogee, Lashunda Shepard Jenkins, Zachary Malveaux, and Timothy Waugh.

Furthermore, the Court hereby DISMISSES WITHOUT PREJUDICE all claims alleged against Defendant Med Center WD, L.P. f/k/a Acuity Hospital of Houston, LP which is the debtor in Case 11-33419 (*In re: Med Center WD, L.P.*), pending in The United States Bankruptcy Court for the Southern District of Texas) by Annie Gillum, Cynthia Johnson, Sonya Peters, Mary

Aghassi, Alisa Williams, Lori Evans, Nancy Cryan, Mitzi Dollens, Marlene Hurd, Wanda Smallwood, Sharon Robinson, Carol Alvarez, Ashley Clark, Rudy Jaensch, Patsy McCain, Theresa Sanchez, April Miller, Brian Baird, Shelia Christoff, Laura Fleming, Barbara Runte-Stultz, Tracey Harding, Robert Dickomore, Nikki Greer, Amanda Lee Wood, Pamela King, Holley Branch, Gisele Kennedy, Monte Soto, Elle Malone, Sophea Sou, Laurie Reese, Vanessa Jackson, Reynaldo Torres, Brittany Johnson, Timothy Toguchi, Cathy Jarcey, Arsenio Deza, Renee' Askew, Terri Sanders, Zubaida Talpur, Sadani T. Rome, Tamara N. Marshall, Daniel Lopez, Ellen McArdle Chambers, Audra Love Varkey, Louis J. Smith, Jr., Mary Williamson, Katrina Willis, Bret Pellerin, Chandrika Sarang, Dolores Ashley, Yeni Emilia Benitez-Mata, Ruth G. Hayes, Rosemary Schwalm, Cleaster F. Williams, Clarinett Davis, Paula Rachelle Browser, Henry Smith, Michael Allen Thomas, Yolanda M. Adams, Constance Rene Sims, Geneva Marie Guidry, Marisol M. Gonzalez, Sharonda Davis, Olusesam Babalola, Susan Ekwogee, Lashunda Shepard Jenkins, Zachary Malveaux, and Timothy Waugh.

Furthermore, the Court hereby DISMISSES WITHOUT PREJUDICE all claims alleged against any Defendant in this lawsuit by Plaintiffs Rochelle M. Carr, Brian C. Carriere, Faisal Darwhiche, Manal H. Dawi, Angela Renee Harrison-Morris, Johnette Henry, Hanan A. Khashab, Ann Nordstrom, Abdullah E. Rahman, Tracey Smith, Brenda Swain, Heather Davis, Norma Jean Martinez, and Patricia Wilson.

Signed: December 15, 2011 at Houston, Texas.

Nancy F. Atlas
United States District Judge